UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BART'S ELECTRIC COMPANY, INC., Plaintiffs, v. UNITED EXCEL CORPORATION, et al., Defendants. | No. 2:18-cv-02890-JAM-KJN **ORDER GRANTING PLAINTIFF BART'S ELECTRIC COMPANY, INC.'S MOTION FOR STAY PENDING ALTERNATIVE DISPUTE RESOLUTION** |
|---|---|

This matter is before the Court on Plaintiff Bart's Electric Company's Motion to Stay. ECF No. 4. The motion is unopposed. Having read and considered Plaintiff's motion, the Court finds that Plaintiff has established good cause for staying the proceedings while the parties attempt to resolve their disputes through arbitration.

Accordingly, the Court GRANTS Plaintiff's motion and STAYS this action. The parties should submit a joint status report within ten (10) days after the arbitrator resolves the action. Any hearings or deadlines set it this matter are VACATED.[1]

IT IS SO ORDERED.

Dated: February 13, 2019

/s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for February 19, 2019.

1